**FILED**
**DEC 2 1 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WISCONSIN RIGHT )
TO LIFE, INC., )
          Plaintiff, )
)
v. ) Civ. No. 04-1260 (DBS, RWR, RJL)
)
FEDERAL ELECTION ) THREE-JUDGE COURT
COMMISSION, )
          Defendant, )
)
  and )
)
SEN. JOHN McCAIN *et al.*, )
          Intervening Defendants )

**ORDER** St
(December 21, 2006)

This matter having come before the Court upon the parties' cross-motions for summary judgment, and the Court having considered the motions, it is hereby

**ORDERED** that [#76] Plaintiff Wisconsin Right to Life's Motion for Summary Judgment is GRANTED; and it is further

**ORDERED** that [#81] Defendant Federal Election Commission's Motion for Summary Judgment is DENIED; and it is further

**ORDERED** that [#83] Intervening Defendants' Motion for Summary Judgment is DENIED

**SO ORDERED.**

_____
DAVID B. SENTELLE
United States Circuit Judge


_____
RICHARD J. LEON
United States District Judge